# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| JOSE FLORES, )<br>)<br>  Plaintiff, )<br>)<br>v. )<br>)<br>CFI RESORTS MANAGEMENT, )<br>INC., )<br>)<br>  Defendant. )<br>_____/<br>)<br>CFI RESORTS MANAGEMENT, )<br>INC., )<br>)<br>  Counter-Plaintiff, )<br>)<br>v. )<br>)<br>JOSE FLORES, )<br>)<br>  Counter-Defendant. )<br>_____/ | Case No.: 6:20-cv-0778-WWB-EJK |

## NOTICE OF SETTLEMENT IN PRINCIPLE

Pursuant to M.D. Fla. Rule 3.09(a), the Parties, Plaintiff/Counter-Defendant JOSE FLORES and Defendant/Counter-Plaintiff CFI RESORTS MANAGEMENT, INC., stipulate and give notice that they have reached a settlement in principle with regard to all claims and counterclaims in the above-captioned matter. Thus, the Parties respectfully request the Court suspend all activities and deadlines set

1

forth in the Case Management Scheduling Order (ECF 22) and in the Order entered on May 3, 2022 (ECF 82), including the trial status conference scheduled for October 11, 2022 and the five-day trial, which is scheduled to begin on November 14, 2022.[1] As of the date of this Notice, the Parties are diligently preparing and finalizing the settlement agreement.

The Parties further advise that a Stipulation of Dismissal will be promptly filed once the settlement is finalized and the terms of the settlement agreement have been memorialized in writing and fully executed by all Parties.

Dated this 30th day of September 2022.         Respectfully Submitted,

/s/ Gary Martoccio                              /s/ Myrna Maysonet
Gary Martoccio                                  MYRNA MAYSONET
Florida Bar No. 99040                           Florida Bar No. 429650
Lisa Scheibly                                   MARITZA M. CARMONA
Florida Bar No.: 1010110                        Florida Bar No. 1032138
Spielberger Law Group                           GREENSPOON MARDER LLP
4890 W. Kennedy Blvd., Suite 950                201 E. Pine Street, Suite 500
Tampa, Florida 33609                            Orlando, FL 32801
Phone: (800) 965-1570                           Phone: (407) 425-6559
Fax: (866) 580-7499                             Myrna.Maysonet@gmlaw.com
gary.martoccio@spielbergerlawgroup.com  Maritza.Carmona@gmlaw.com
lisa.scheibly@spielbergerlawgroup.com   Moneka.Simpson@gmlaw.com

Denise Dunleavy, of Counsel                     RICHARD W. EPSTEIN
KRAMER, DUNLEAVY & RATCHIK                      Florida Bar No. 229091
PLLC                                            GREENSPOON MARDER LLP
New York Bar No.: 104373661                     200 E Broward Blvd., Suite 1800
61 Broadway, Ste 2220                           Fort Lauderdale, FL 33301

---

[1] The Parties have also been impacted by Hurricane Ian.

2

| | |
|---|---|
| New York 10006-2701<br>Phone: (212) 226-6662<br>Dmdunleavy@gmail.com | Phone: (954) 491-1120<br>Richard.Epstein@gmlaw.com<br>Maria.Salgado@gmlaw.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |